

**FILED**

Nov 14 2022

**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
BY          s/ shellyy          **DEPUTY**

KEVIN TYRONE IZAL HAIRSTON CDCR#BF-2040
California State Prison-SAC
100 Prison Road
Represa,Ca.95671

## UNITED STATE DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

KEVIN T. HAIRSTON,
          Plaintiff,

          v.

J. SALAZAR, et, al
          Defendant.

CASE NO.  **'22CV1800 MMAKSC**

42 U.S.C. SECTION 1983

CIVIL COMPLAINT
JURY TRIAL DEMANDED

### I. JURISDICTION AND VENUE

1. This is a civil action authorized by 42 U.S.C. section 1983 to redress the deprivation under the color of state law of rights secured by the United States Constution. This court have jurisdiction under 28 U.S.C. section 1331 and 1343(a)(3).

2. This court is an appropriate venue under 28 U.S.C. section 1391(b)(2), because the events took place at the R.J.D. prison. (R.J. Donovan Correctional Facility).

### PLAINTIFF

3. Plaintiff Kevin Hairston, is at all time the Plaintiff in this matter and is now housed at the California State Prison-Sacramento.

### DEFENDANTS

4. Defendant J. Salazar,is at all time mentioned herein a correctional officer, assigned and employee at the R.J.D. facility. Salazar violated Plaintiff's rights while acting under the color of state law. N. Rodriguez is also a defedant who assisted the others.

5. Defendant Jane Doe, is at all times mentioned herein a correctional officer at R.J.D. who personally assistanced Defendant Salazar in the malicious beating of Plaintiff and threats of

retaliation for protective conduct.

6. Each defendant acted under the color of law and is sued in their individual capacities.

FACTS

7. On or about June 21,2022,Plaintiff was in a physical altercation with correctional officer J. Williams.

8. After Plaintiff was ████████████████████████████ ███ being held down by officers, Defendant Jane Doe with officer (Defendant J. Salazar) and correctional officer/Defendant N. Rodriguez begun kicking Plaintiff in the body as well as punch him numerious of times while Plaintiff was completely defenseless.

9. Specifically Defendants entered into the area, while Plaintiff ██████████████████████████ no longer posing any threat to anyone Defendant Salazar ran into the area jumped over a desk and landed on top of Plaintiff.

10. Defendants utalized their buton sticks and hit Plaintiff repeatedly, while Plaintiff █████████████████████████ ████████████████████████hands was behind his back.

11. Defendant N. Rodriguez with Defendant Salazar also started delivering strong knee blows to Plaintiff's body and back areas.

12. Defendants and each of them than threaten Plaintiff future retalation after he advised them that he wished to persuit a prison grievance staff complaint asserting the use of unreasonable and excessive use of physical force when no force was necessary and Plaintiff was ███ █████████████ defenseless.

13. R.J.D. state prison have audio/video surveillance system which captured the entire event.

EXHAUSTION OF ALL AVAILABLE ADMINISTRATIVE
REMEDIES

14. Plaintiff submitted an prison grievance within CDCR grievance system and waited until the last level to answer the grievance prior to the filing of this civil action.

FRIST CLAIM OF RELIEF
DEFENDANTS VIOLATED PLAINTIFF'S CONSTITUTIONAL
RIGHT UNDER THE EIGHTH AMENDMENT PROHIBITING THE
USE OF EXCESSIVE FORCE IN VIOLATION OF THE EIGHT
AMENDMENT.

15. Plaintiff realleges and incorporate by reference paragraphs 1-14 as if herein alleged.

16. Defendants and each of them knowingly acted with malicious intent and carried out sadistic physical force when no force was no longer necessary.

17. Specifically, after Plaintiff was ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ defenseless Defendants carried out additional physical force by jumping upon Plaintiff's body as he laid face down in the prone position.

18. Plaintiff suffered physical injuries to his person and have suffered and still suffer mental angish.

19. Plaintiff has no plan adequate or complete remedy at law to redress the wrongs described herein.

20. Plaintiff is entitled to compensational and punitive damages as a matter of law.

SECOND CLAIM OF RELIEF
DEFENDANTS VIOLATED PLAINTIFF'S FRIST AMENDMENT
RIGHT PROHIBITING RETALIATION FOR PRODUCTIVE CONDUCT

21. Plaintiff realleges and incorporate by reference paragraphs 1-20 as if herein alleged.

22. Defendants threaten future retaliation after Plaintiff informed them that he wished to pursue a prison grievance complaining about the unnecessary use of force and intimidate Plaintiff by thretening him if his pursued a prison grievance in violation of the Frist Amendment of the United States.

23. Plaintiff have suffered and continue to suffer harm mentally and physically and is entilted to puntive and compensational damages.

PRAYER FOR RELIEF

Wherefore, Plaintiff respectfully prays for this court to enter judgement granting Plaintiff:

(1) A declaration that the acts and omissions described herein violated Plaintiff's rights under the constitution and laws of the United States;

(2). Award Plaintiff compensatory damages in the amount of $1,100,000.$^{00}$ against the defendants together and jointly;

(3). Puntive damages in the amount of $1,100,00.$^{00}$ against the defendants together jointly;

(4). a jury trail on all triable issues;

(5). cost of suite and any addictional relief this court deems just, proper and equitable.

VERIFICATION

I have read this complaint and hereby verify that the information is true and correct base on my information and belief and to matter that I believe to be true under the penalty of perjury.

Dated: 11·5-22

signature of Hairston, Plaintiff



LEGAL MAIL

KEVIN TWONE BEAL HARRISON # BF-3040
CSP SAC
100-VERSON RD
REPRESA CA 95671

U.S. DISTRICT COURT
OFFICE OF the Clerk
Southern District of California
880 FRONT STREET, Suite 4290
SAN DIEGO CA 92101-8900

RECEIVED
NOV 09 2022

RECEIVED
NOV 14 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY